# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| RUSSELL D. ROSCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:14-CV-141 |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the: (1) Report and Recommendation of Magistrate Judge Susan Collins, filed on September 4, 2015 (DE #67); and (2) Report and Recommendation of Magistrate Judge Susan Collins, also filed on September 4, 2015 (DE #68).

First, Magistrate Collins ruled upon Defendant's motion to enforce a settlement agreement (DE #54), finding the parties had not reached an agreement, or a meeting of the minds, on at least one essential term, Plaintiff's receipt of his corrected "credit file," and denying the motion to enforce a settlement agreement. (DE #67).

Second, Magistrate Collins ruled on three motions for sanctions by filed by pro se Plaintiff, Russell Rosco (DE ##34, 53, 62), and found that the Court had not issued a discovery order with which Equifax had failed to comply, thus the motions for sanctions

were denied.  (DE #68.)

More than 14 days have passed and no party has filed any objection to either Report and Recommendation.  Fed. R. Civ. P. 72(b)(2); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).  Therefore, the parties have waived their right to challenge the report and recommendations.

Therefore, the Court hereby **ADOPTS** the Report and Recommendation (DE #67).  Accordingly, Defendant's motion to enforce settlement (DE #54) is **DENIED**.

Additionally, the court **ADOPTS** the second Report and Recommendation (DE #68).  Accordingly, Plaintiff's motions for sanctions (DE ##34, 53, and 62) are **DENIED**.

**DATED: September 23, 2015**         /s/ RUDY LOZANO, Judge
                                      **United States District Court**